Case 2:17-cv-00177   Document 61   Filed on 06/11/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROLAND SALINAS, individually and on for others similarly situated | § § § § | |
| Plaintiff, | § § § | Docket No. 2:17-cv-177 |
| v. | § § | FLSA COLLECTIVE ACTION |
| WOOD GROUP PSN COMMISSIONING SERVICES, INC. | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Approve Settlement (Filed Under Seal), requesting approval of the Parties' settlement agreement and the dismissal of Plaintiffs' claims with prejudice. After reviewing the Parties' Motion and supporting papers, including the Parties' Agreement, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further **ORDERED** that the Parties' settlement agreement is approved as a fair and reasonable resolution of the Parties' *bona fide* dispute under the Fair Labor Standards Act. It is further **ORDERED** that Plaintiffs' claims against Defendant are dismissed in their entirety and with prejudice with all Parties to bear their own costs.

SIGNED this _____ day of ___6/11/19___, 2019.

_____
UNITED STATES DISTRICT JUDGE