United States District Court
Southern District of Texas
**ENTERED**
June 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROLAND SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-177 |
| | § | |
| WOOD GROUP PSN COMMISSIONING SERVICES, INC., | § § § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 61), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 11th day of June, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE